AO93 Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| In the Matter of the Search of<br>2340 South Madison Avenue<br>Yuma, Arizona 85364. | Case No. 22-9103 MB |

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the District of Arizona:

**As further described in Attachment A.**

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal:

**As set forth in Attachment B.**

YOU ARE COMMANDED to execute this warrant on or before  5/11/2022  *(not to exceed 14 days)*
☒ in the daytime 6:00 a.m. to 10:00 p.m. ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to any United States Magistrate Judge on criminal duty in the District of Arizona.

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized ☐ for  30  days *(not to exceed 30)* ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:   4/27/2022 @ 12:15pm        *ESWillett*
                                                           *Judge's signature*

City and state: Phoenix, Arizona        Honorable Eileen S. Willett, U.S. Magistrate Judge
                                        *Printed name and title*

## ATTACHMENT A

*Property to be searched*

The property to be searched is 2340 South Madison Avenue, Yuma, Arizona 85364, including the residence, curtilage, outbuildings, and appurtenances. This property is further described as a single-story residential home with multi-colored brick, a brown roof, and brown trimming. The front of the residence faces East, on the West side of South Madison Avenue. The residence is enclosed by a chain-link fence with a single car driveway on the South of the property. The driveway extends to the rear of the residence, which is an open area with a couple of sheds, and back access to an alleyway. One of the sheds is a large, enclosed brick structure and the other shed is a small metal one located in front of the large one.



This requested search shall include all vehicles present at **Subject Premises** at the time of execution of the search warrant that are either

(1) Registered to Santiago CORPUS BARRANCAS and/or Monica Lua; or,

(2) Associated to **Subject Premises** either by the presence of keys inside **Subject Premises** or documentation.

## **ATTACHMENT B**

*Property to be seized*

1. Any and all firearms and/or firearm parts, including revolvers, pistols, rifles, shotguns, lower receivers, machineguns, silencers, and destructive devices;

2. Photographs, including still photos, negatives, slides, videotapes, and films, in particular those showing co-conspirators, criminal associates, U.S. currency, firearms, ammunition, and firearm parts or accessories;

3. Any documents, records, receipts, notes, ledgers, invoices, and any other documentation related to the acquisition, transportation, ordering, purchase, sale, or distribution of firearms, ammunition, or firearm parts and accessories;

4. Personal telephone and address books and listings, letters, cables, telegrams, telephone bills, photographs, audio and video tapes, computer disks, personal notes and other items reflecting names, addresses, telephone numbers, communications, and illegal activities of associates in illegal firearms and ammunition sales;

5. Records, items, and documents reflecting travel for participating in firearms trafficking conspiracy, including airline tickets, credit card receipts, travel vouchers, hotel and restaurant receipts, rental vehicle receipts, canceled checks, maps and written directions to locations;

6. Records relating to the receipt, transportation, deposit, transfer, or distribution of money, including but not limited to, direct deposit confirmations, wire transfers, money orders, cashier's checks, check stubs, electronic money transfer services, check or money order purchase receipts, account statements, and any other records reflecting the receipt, deposit, or transfer of money;

7. Safe deposit box keys, storage locker keys, safes, and related secure storage devices, and documents relating to the rental or ownership of such units;

8. Indicia of occupancy, residency, rental, ownership, or use of the **Subject Premises,** and any vehicles found thereon during the execution of the warrant, including, utility and telephone bills, canceled envelopes, rental, purchase or lease agreements, identification documents, keys, records of real estate transactions, vehicle titles and registration, and vehicle maintenance records;

9. Paraphernalia related to the acquisition, transportation, use, or distribution of firearms, ammunition, and/or firearms parts and accessories, including boxes, packaging materials, shipping labels, and storage containers;

10. Computers, cellular telephones, tablets, and other media storage devices, such as thumb drives, CD-ROMs, DVDs, Blu Ray disks, memory cards, and SIM cards (hereafter referred to collectively as "digital devices"), and any records and information found within:

    a. tending to indicate efforts to acquire, possess, transport, or sell firearms;

    b. tending to identify other facilities, storage devices, or services such as email addresses, IP addresses, phone numbers that may contain electronic evidence tending to indicated efforts to acquire, possess, transport, or sell firearms;

    c. tending to identify co-conspirators, criminal associates, or others involved in efforts to acquire, possess, transport, or sell firearms;

    d. tending to identify travel to or presence at locations relevant to efforts to acquire, possess, transport, or sell firearms;

    e. tending to identify the user of, or persons with control over or access to, the subject phone; or

   f. tending to place in context, identify the creator or recipient of, or establish the time of creation or receipt of communications, records, or data above.

11. Records evidencing ownership or use of digital devices, including sales receipts, registration records, and records of payment.

The seizure and search of digital devices shall follow the procedures outlined in the supporting affidavit. Deleted data, remnant data, slack space, and temporary and permanent files on the digital devices may be searched for the evidence above.